UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENISE HOULIHAN,

                Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE CO.,

                Defendants.
------------------------------------------------------------X

ORDER
13-CV-0357 (SJF)(GRB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 03 2013   ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

    Pro se plaintiff Denise Houlihan ("plaintiff") failed to appear at the initial conference held today, October 3, 2013, of which plaintiff was aware. It is therefore

    ORDERED that plaintiff show cause why she did not appear at today's conference on November 5, 2013 at 11:15 a.m. by appearing with or without counsel. Failure to comply with this Order may result in dismissal of this action.

    The Clerk of Court is respectfully directed serve a copy of this Order upon the pro se plaintiff, in accordance with Rule 5(b)(2)(C) and Rule 77(d) of the Federal Rules of Civil Procedure, by mailing a copy of the order to her last known address. Counsel for defendant is also directed to serve a copy of this Order upon the pro se plaintiff and file proof of service on ECF.

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated: October 3, 2013
       Central Islip, New York