UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENISE HOULIHAN,                                            Civil Action No.: 13-cv-03537-SJF-GRB

                Plaintiff,

      -against-

METROPOLITAN LIFE INSURANCE                                 DOCUMENT
COMPANY,                                                    ELECTRONICALLY FILED

                Defendant.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Julie Kim, hereby certify and affirm that a true and correct copy of the Court's Order to Show Cause dated October 3, 2013, was served via Regular Mail on October 3, 2013, upon the *pro se* Plaintiff at the following address:

Denise Houlihan
111 Old Field Road
Setauket, New York 11733

                        /s/Julie Kim
                        Julie Kim (JK 5700)
                        Sedgwick LLP
                        225 Liberty Street
                        New York, New York 10281
                        (212) 422-0202

Dated:   New York, New York
             October 3, 2013