FILED
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2013 ★
LONG ISLAND OFFICE

13-3537

10-2-2013

To Whom it May Concern:

Attn Cathy

My name is Denise Houlihan. I have a court appearance scheduled for 10-3. I am unable to attend. I am in the process of hiring a new attorney as my prior attorney is not able to practice in Federal Court. I am out of state at a business meeting in NJ on Thursday and will not be available.

I called Julie Kim and spoke with her. She was going to be requesting an adjournment on my behalf.

Thank you,

Denise Houlihan

631 219 7035