

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY   10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

February 27, 2014

*Via ECF*
*Via Facsimile ((631) 712-5636)*
Honorable Sandra J. Feuerstein
U.S.D.J.
United States District Court, Eastern District
of New York

Re:   *Denise Houlihan v. Metropolitan Life Insurance Company*, Case No.: 13-cv-3537-SJF-GRB
       Sedgwick File No.: 00584-007732

Dear Judge Feuerstein,

This firm represents Defendant Metropolitan Life Insurance Company ("MetLife") in the above action. We write to request an extension of time for MetLife to serve its reply brief in further support of its motion for summary judgment and file all motion papers. In accordance with the Court's Order entered on November 7, 2013 (Doc. No. 10), MetLife is required to serve its reply brief and file all motion papers by March 3, 2014. However, the parties are currently negotiating a settlement of this matter which may obviate the need for MetLife to respond to Plaintiff's opposition to MetLife's motion for summary judgment. Accordingly, MetLife requests a one-month extension of time to April 3, 2014, to serve its reply brief and file all motion papers in the event that the parties' efforts to settle this matter are unsuccessful. Plaintiff has consented to the relief requested.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB
cc: Denise Houlihan (via Regular Mail)
    *Plaintiff Pro Se*

DOCS/18449731v1