UNITED STATES DISTRICT COURT
EASTERN DITRICT OF NEW YORK

---

DENISE HOULIHAN,
              Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY,
              Defendant,

---

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2014 ★
LONG ISLAND OFFICE

Civil Action Number:
13-CV-03537-SJF-GRB

PLAINTIFF'S AFFIRMATION OF SERVICE
TO DEFENDANT'S RULE 56.1
STATEMENT

I, Denise Houlihan, declare under penalty of perjury that I have served a copy of the attached upon MetLife, c/o Julie Kim, Esq., whose address is: Julie Kim, SEDGWICK LLP, 225 Liberty Street, 28th Floor, New York, New York 10281-1008 (Tel # 212 422 0202).

Dated: February 24th, 2014
Setauket, New York

_[signature]_
Signature
Denise Houlihan (Pro Se)
111, Old Field Road
Setauket, New York 11733

**RECEIVED**
FEB 2 7 2014
EDNY PRO SE OFFICE



