ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

www.sedgwicklaw.com   212.422.0202  *phone*   212.422.0925  *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

April 2, 2014

*Via ECF*
Honorable Sandra J. Feuerstein
U.S.D.J.
U.S. District Court,
Eastern District of New York

Re:  *Denise Houlihan v. Metropolitan Life Insurance Company*, Case No. 13-cv-3537-SJF-GRB
     File No.: 00584-007732

Dear Judge Feuerstein:

This firm represents Defendant Metropolitan Life Insurance Company ("MetLife") in the above action. We write to advise the Court that MetLife is withdrawing its motion for summary judgment without prejudice. In accordance with Your Honor's Bundle Rule, the motion is due to be filed on April 3, 2014. The parties have reached a settlement agreement and anticipate that all obligations under the agreement will be completed shortly. After the agreement is finalized, the parties will file a stipulation of dismissal with the Court.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB

cc:  Denise Houlihan (*via Regular Mail*)

DOCS/18669811v1